UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                          :
:
       -v-                                                  :      23-CR-060-2 (JMF)
:
JONATHAN GRULLON,                                 :      <u>SCHEDULING ORDER</u>
:
                Defendant.                    :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that sentencing in this matter, presently scheduled for **January 18, 2024**, is RESCHEDULED to **January 17, 2024,** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

      SO ORDERED.

Dated: January 10, 2024
       New York, New York
                                                JESSE M. FURMAN
                                            United States District Judge